IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-00472-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEGGY L. JACOBS,

    Defendant,

and

COLORADO COALITION FOR THE HOMELESS,

    Garnishee.

---

**ORDER DISMISSING WRIT OF GARNISHMENT**

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 27th day of November, 2007.

BY THE COURT:

*[signature]*
~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
United States Magistrate Judge